IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA LINDA WILLIAMS** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-5566 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |

## ORDER

**AND NOW**, this 14th day of January, 2015, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Her Request for Review (Document No. 9), the defendant's response, and after a careful and thorough review of the entire record, it is **ORDERED** that the Plaintiff's request for review is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.